IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.                          No. 2:02-CR-20013-002

ALBERTO JIMENEZ                                          DEFENDANT/PETITIONER

## ORDER

On June 28, 2016, the Court adopted in part a report and recommendation denying Petitioner Alberto Jiminez's motion to vacate for lack of subject matter jurisdiction. (Doc. 68). On July 28, 2016, Jiminez filed a motion for leave to appeal in forma pauperis (Doc. 79), which was referred to United States Magistrate Judge Mark E. Ford. On July 29, 2016, Magistrate Judge Ford filed a report and recommendations (Doc. 74) recommending that the motion for leave to appeal in forma pauperis be denied. On August 12, 2016, the Court granted Jiminez's motion for extension of time to object to that report and recommendation. The extension deadline is long passed and no objections have been filed.

After careful review, the Court concludes that the findings and recommendations contained in the report and recommendations (Doc. 74) should be, and hereby are, approved and ADOPTED as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motion for leave to appeal in forma pauperis (Doc. 79) is DENIED. The Clerk is directed to provide notice to the parties and the Court of Appeals of this decision pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A).

IT IS SO ORDERED this 21st day of October, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE